E-filing

LAWRENCE J. GORNICK, ESQ. (SBN 136290)
DENNIS J. CANTY, ESQ. (SBN 207978)
EMILY CHARLEY, ESQ. (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Telephone    (415) 646-7160
Facsimile    (415) 981-1270

Attorneys for Plaintiff

FILED

MAY 0 2 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA ROBERTS,<br><br>    Plaintiff,<br><br>vs.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P., et al.<br><br>    Defendants. | Case No. C 06 0667 JCS MJJ<br><br>NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS JOHNSON & JOHNSON COMPANY AND JANSSEN PHARMACEUTICA PRODUCTS, L.P. A/K/A JANSSEN, L.P., A/K/A JANSSEN PHARMACEUTICA, L.P., A/K/A JANSSEN PHARMACEUTICA, INC.<br><br>HON. JOSEPH C. SPERO |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff voluntarily dismisses without prejudice defendants **JOHNSON & JOHNSON COMPANY AND JANSSEN PHARMACEUTICA PRODUCTS, L.P. A/K/A JANSSEN, L.P., A/K/A JANSSEN PHARMACEUTICA, L.P., A/K/A JANSSEN PHARMACEUTICA, INC.** from the above-captioned action.

Dated: May 1, 2006              LEVIN SIMES KAISER & GORNICK LLP
IT IS SO ORDERED

_____         _____
MARTIN J. JENKINS               Dennis J. Canty
UNITED STATES DISTRICT JUDGE    Attorneys for Plaintiff
5/2/2006

VOLUNTARY DISMISSAL DATE                                                   PAGE 1