FILED

AUG 15 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOSAW, JENNIFER; 06-0618-MJJ | Assigned to: Honorable Martin J. Jenkins |
| BOYER, DEBRA; 06-0559-MJJ | [Proposed] ORDER GRANTING AND DENYING MOTION FOR ADMINISTRATIVE RELIEF TO STAY ACTION PENDING TRANSFER TO MULTIDISTRICT PROCEEDINGS |
| BURGER, RUSSELL; 06-1766-MJJ | |
| CALDWELL, LEONA; 06-0582-MJJ | |
| CANNON, DANIEL; 06-1283-MJJ | |
| CHATHAMS, SANDRA; 06-0585-MJJ | |
| CLEMENTS, LORAINE; 06-0655-MJJ | |
| COPELAND, NADINE; 06-1564-MJJ | |
| FROMOSKY, JR., THOMAS; 06-1763-MJJ | |
| GRAHAM, THELMA; 06-1307-MJJ | |
| KING, KENNETH; 06-0620-MJJ | |
| MARSIGLIA, JIMMY; 06-1449-MJJ | |
| MCINTYRE, CAROLE; 06-0589-MJJ | |
| MORRIS, LAUREL; 06-0592-MJJ | |
| POLIS, SCOTT; 06-0676-MJJ | |

[PROPOSED] ORDER GRANTING AND DENYING MOTION TO STAY

|   |   |
|---|---|
| POPP, MARY LOU; 06-0624-MJJ | ) |
| PORTER, DENNIS; 06-0668-MJJ | ) |
| ROBERTS, DEBRA; 06-0667-MJJ | ) |
| THOMAS, HELLEN; 06-1454-MJJ | ) |
| Plaintiffs, | ) |
| vs. | ) |
| ASTRAZENECA PHARMACEUTICALS, L.P., et al., | ) |
| Defendants. | ) |

The Court, having fully considered the papers submitted by the parties in connection with Defendants' Motion for Administrative Relief To Stay Action Pending Transfer to Multidistrict Proceedings, and all other papers or arguments filed with or submitted to the Court in connection with the proceedings in the above-captioned actions, HEREBY ORDERS that the following cases are STAYED pending transfer to MDL-1769:

*Russel Burger v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-1766-MJJ

*Daniel Cannon v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-1283-MJJ

*Nadine Copeland v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-1564-MJJ

*Thomas Fromosky, Jr. v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-1763-MJJ

*Thelma Graham v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-1307-MJJ

*Jimmy Marsiglia v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-1449-MJJ

*Scott Polis v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-0676-MJJ

*Debra Roberts v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-0667-MJJ

*Hellen Thomas v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-1454-MJJ

The Court further ORDERS that Defendants' motion is DENIED as moot as to the following actions, which have already been transferred to MDL-1769:

*Jennifer Bosaw v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-0618-MJJ

1 | *Debra Boyer v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-0559-MJJ
2 | *Leona Caldwell v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-0582-MJJ
3 | *Sandra Chathams v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-0585-MJJ
4 | *Loraine Clements v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-0655-MJJ
5 | *Kenneth King v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-0620-MJJ
6 | *Carole McIntyre v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-0589-MJJ
7 | *Laurel Morris v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-0592-MJJ
8 | *Mary Lou Popp v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-0624-MJJ
9 | *Dennis Porter v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-0668-MJJ

IT IS SO ORDERED.

Dated: 8/15/06

By: _____
United States District Court Judge

Respectfully submitted by:

Catherine Valerio Barrad (SBN 168897)
Justin Ma (SBN 216215)
Rebecca G. Goldstein (SBN 227180)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone:   (213) 896-6000
Facsimile:   (213) 896-6600
cbarrad@sidley.com
jma@sidley.com
rgoldstein@sidley.com

Of Counsel:
Michael W. Davis
James W. Mizgala
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

3

[PROPOSED] ORDER GRANTING AND DENYING MOTION TO STAY