A CERTIFIED TRUE COPY

AUG 2 9 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 2 9 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1769

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

*Debra Roberts v. AstraZeneca Pharmaceuticals, LP, et al.*, N.D. California,
C.A. No. 3:06-667

*Marva Maxwell v. AstraZeneca Pharmaceuticals, LP, et al.*, N.D. California,
C.A. No. 3:06-1935

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in these two actions (*Roberts* and *Maxwell*) on July 21, 2006. Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in *Roberts* and *Maxwell* filed a notice of opposition to the proposed transfer. Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-2" filed on July 21, 2006, is LIFTED insofar as it relates to these two actions, and thus the actions are transferred to the Middle District of Florida for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Anne C. Conway.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I certify the foregoing to be a true
and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida

By _____
Deputy Clerk

## INVOLVED COUNSEL LIST
## DOCKET NO. 1769
## IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

Dennis J. Canty
Levin Simes Kaiser & Gornick, LLP
One Bush Street
14th Floor
San Francisco, CA 94104-4425

Rebecca Green Goldstein
Sidley, Austin, LLP
555 West 5th Street
Suite 4000
Los Angeles, CA 90013-1010

Justin Ma
Sidley, Austin, LLP
555 West 5th Street
Suite 4000
Los Angeles, CA 90013-1010

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

George C. Young U.S. Courthouse
and Federal Building
Office of the Clerk
80 North Hughey Avenue
Orlando, Florida 32801
407/835-4200

Sheryl L. Loesch
Clerk

Laura Barsamian
Orlando Division Manager

September 7, 2006

Mr. Richard W. Weiking, Clerk
United States District Court
Phillip Burton United States Courthouse
450 Golden Gate Ave., 16th Floor
San Francisco, CA 94102-3434

RE: MDL-1769 – In Re: Seroquel Products Liability Litigation

Dear Ms. Harris:

    Enclosed is one certified copy of an order filed by the Panel under 28 U.S.C. § 1407. Section 1407 requires that the transferee clerk "transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred." A copy of Rule 1.6, R.P.J.P.M.L., 120 F.R.D. 251, which deals specifically with the transfer of files, is enclosed for your convenience.

    Please send your original case file below and a certified copy of the docket sheet to:

U.S. District Court
80 N. Hughey Ave., Suite 300
Orlando, FL 32801

    Due to the large volume of cases on this Conditional Transfer Order, it would be very much appreciated if you could be sure to reference the Middle District of Florida's case number on each of your cases. If you have any questions, please contact me at 407-835-4203.

Sincerely,

Mollie A. Pleicones
Deputy Clerk

Enclosures
c: Michael J. Beck, Clerk, MDL Panel

| CASE STYLE | NDAL CASE NUMBER | MD FL CASE NUMBER |
| --- | --- | --- |
| Roberts v. AstraZeneca, et al. | 3:06-cv-667 | 6:06-cv-1332-Orl-22DAB |
| Maxwell v. AstraZeneca, et al. | 3:06-cv-1935 | 6:06-cv-1333-Orl-22DAB |

| SCHEDULE A - CASE LIST FROM ORIGINAL MDL TRANSFER ORDER (7/6/06) | | |
|---|---|---|
| *****FIRST LETTER OF REQUEST DATED 7-19-06 / SECOND LETTER OF REQUEST DATED 9-8-06***** | | |
| CASE STYLE | ND CA(SF) CASE NUMBER | MD FL CASE NUMBER |
| Baytos v. AstraZeneca, et al. | 3:06-cv-556 | 6:06-cv-964-Orl-22DAB |
| Bobal v. AstraZeneca, et al. | 3:06-cv-547 | 6:06-cv-969-Orl-22DAB |
| Hess v. AstraZeneca, et al. | 3:06-cv-572 | 6:06-cv-989-Orl-22DAB |

| SCHEDULE C - CASE LIST FROM MDL CONDITIONAL TRANSFER ORDER -2 (8/14/06) *(*Amended Per Panel's Order Lifting Stay filed 9/5/06)* | | |
|---|---|---|
| *****FIRST LETTER OF REQUEST DATED 9-7-06***** | | |
| CASE STYLE | NDCA CASE NUMBER | MD FL CASE NUMBER |
| *Roberts v. AstraZeneca, et al. | 3:06-cv-667 MJJ | 6:06-cv-1332-Orl-22DAB |
| *Maxwell v. AstraZeneca, et al. | 3:06-cv-1935 PJH | 6:06-cv-1333-Orl-22DAB |

| SCHEDULE D - CASE LIST FROM MDL CONDITIONAL TRANSFER ORDER -3 (8/25/06) | | |
|---|---|---|
| *****FIRST LETTER OF REQUEST DATED 8-31-06***** | | |
| CASE STYLE | NDCA CASE NUMBER | MD FL CASE NUMBER |
| Polis v. AstraZeneca, et al. | 3:06-cv-676 | 6:06-cv-1286-Orl-22DAB |
| Cannon v. AstraZeneca, et al. | 3:06-cv-1283 | 6:06-cv-1287-Orl-22DAB |
| Shearman v. AstraZeneca, et al. | 3:06-cv-1311 | 6:06-cv-1289-Orl-22DAB |
| Niemann v. AstraZeneca, et al. | 3:06-cv-1315 | 6:06-cv-1290-Orl-22DAB |
| Naramore v. AstraZeneca, et al. | 3:06-cv-1394 | 6:06-cv-1292-Orl-22DAB |
| Birkner v. AstraZeneca, et al. | 3:06-cv-1403 | 6:06-cv-1293-Orl-22DAB |
| Marsiglia, et al. v. AstraZeneca, et al. | 3:06-cv-1449 | 6:06-cv-1294-Orl-22DAB |
| Thomas v. AstraZeneca, et al. | 3:06-cv-1454 | 6:06-cv-1295-Orl-22DAB |
| Gaiman v. AstraZeneca, et al. | 3:06-cv-1500 | 6:06-cv-1297-Orl-22DAB |
| Coppola v. AstraZeneca, et al. | 3:06-cv-1531 | 6:06-cv-1299-Orl-22DAB |
| Copeland v. AstraZeneca, et al. | 3:06-cv-1564 | 6:06-cv-1301-Orl-22DAB |
| Fromosky v. AstraZeneca, et al. | 3:06-cv-1763 | 6:06-cv-1302-Orl-22DAB |

| SCHEDULE E - CASE LIST FROM MDL CONDITIONAL TRANSFER ORDER - 4 (9/1/06) | | |
|---|---|---|
| *****FIRST LETTER OF REQUEST DATED 9-7-06***** | | |
| CASE STYLE | NDCA CASE NUMBER | MD FL CASE NUMBER |
| Burger v. AstraZeneca, et al. | 3:06-cv-1766 | 6:06-cv-1315-Orl-22DAB |